No. 11–1288.  STEELE ET AL. *v.* GREEN TREE SERVICING, LLC, ET AL.  C. A. 5th Cir.  Certiorari denied. ■

No. 11–1289.  DAEWOO ELECTRONICS AMERICA, INC. *v.* T. C. L. INDUSTRIES (H. K.) HOLDINGS LTD. ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 11–1290.  BAKER *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied. ■

No. 11–1298.  SERRANO *v.* ZIEGLER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1301.  CANTRELL, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CANTRELL, ET AL. *v.* CITY OF MURPHY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied. ■

No. 11–1304.  HART *v.* TEXAS; and
No. 11–1312.  HART *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.  Reported below: 342 S. W. 3d 659.

No. 11–1305.  FLINT *v.* BESHEAR, GOVERNOR OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 11–1306.  FULMER *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 11–1310.  CONTINENTAL INSURANCE CO. *v.* THORPE INSULATION CO. ET AL.  C. A. 9th Cir.  Certiorari denied. ■

No. 11–1313.  HOLLAND *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 11–1314.  HOLLAND *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 11–1318.  ALFORD *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied. ■

No. 11–1319.  CONTROLOTRON CORP. *v.* SIEMENS INDUSTRY, INC.  C. A. 2d Cir.  Certiorari denied. ■